JHK:SDD
F.#2009R01764

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

SULEJMAH HADZOVIC,

        Defendant.

- - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 09-CR-648(JG)(Sealed)
(T. 18, U.S.C., §§ 2339A(a) and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO TERRORISTS

On or about and between January 1, 2009 and August 28, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SULEJMAH HADZOVIC, together with others, did knowingly and intentionally conspire to provide material support and resources, as defined in 18 U.S.C. § 2339A(b), including property, tangible and intangible, and services, including personnel, knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to commit at a place outside the United States an act that would constitute the offense of murder, kidnapping or maiming if committed in the special maritime and

1

territorial jurisdiction of the United States, where one or more of the conspirators did commit an act within the jurisdiction of the United States to effect an object of the conspiracy, in violation of Title 18, United States Code, Section 956(a).

(Title 18, United States Code, Section 2339A(a) and 3551 et seq.)

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK