# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

December 15, 2009

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>U.S.A. v. John Doe, 09-CR-648</u>

Dear Judge Gleeson:

     I write to request that Your Honor modify the terms of Mr. Doe's Pre-Trial release such that he may register for classes at Laguardia Community College in Queens. I respectfully request that Mr. Doe be permitted to leave his home on Thursday, December 17, 2009, at 9:00 a.m., and return by 3:00 p.m. The government, through Assistant United States Attorney Seth DuCharme, consents to the modification, as does Mr. Doe's Pre-Trial Services officer, Louis Calvi.

     I thank you in advance for your consideration in this matter.

Respectfully Submitted,

Lisa Hoyes
Assistant Federal Defender
(718) 330-1253