# Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

July 11, 2011

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. John Doe, 09-CR-648

Dear Judge Gleeson:

I write to request that Your Honor modify the terms of Mr. Doe's pretrial release such that he be subject to a curfew as directed by Pretrial Services, rather than home detention.

The government, through Assistant United States Attorney Seth DuCharme, consents to the modification, as does Mr. Doe's Pretrial Services officer, Anna Lee.

I thank the Court for its consideration.

Respectfully Submitted,

Lisa Hoyes
Assistant Federal Defender
(718) 330-1253